UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JACOBS,<br><br>    Plaintiff,<br><br>  v.<br><br>ALL WEST BLOCK CORRECTIONAL OFFICERS; et al.,<br><br>    Defendants.<br>                                                              / | No. C 11-6324 SI (pr)<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed this *pro se* civil rights action under 42 U.S.C. § 1983. The court dismissed the complaint with leave to amend, explaining the deficiencies in the complaint that needed to be cured and ordering plaintiff to file an amended complaint no later than May 31, 2012. The court warned that "[f]ailure to file the amended complaint by the deadline will result in the dismissal of the action."  April 5, 2012 Order Of Dismissal With Leave To Amend, p. 4. Plaintiff failed to file an amended complaint and the deadline by which to do so has passed. This action is dismissed for failure to state a claim upon which relief may be granted against a defendant. The clerk shall close the file.

IT IS SO ORDERED.

Dated: July 9, 2012

_____
SUSAN ILLSTON
United States District Judge