UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JACOBS, | No. C 11-6324 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ALL WEST BLOCK CORRECTIONAL OFFICERS; et al., | |
| Defendants. | |

This action is dismissed for failure to state a claim upon which relief may be granted against a defendant.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 9, 2012

_____
SUSAN ILLSTON
United States District Judge